# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sokha KHEK,

        Plaintiffs,

v.

Carolyn W. COLVIN et al.,

        Defendants.

Case No. 15-cv-03902-BLF

**AMENDED ORDER (1) DISSOLVING ORDER TO SHOW CAUSE AND (2) ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Re: ECF 7, 8

On December 30, 2015, the Court issued an order to show cause why this action should not be dismissed for failure to serve Defendants under Fed. R. Civ. P. 4(m).  ECF 6.  Defendants have now appeared in this action and both parties have consented to Magistrate Judge jurisdiction.  ECF 7, 8.

Accordingly, the Court DISSOLVES the order to show cause and pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred for direct assignment to Magistrate Judge Paul S. Grewal for all purposes including trial and entry of judgment.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: January 15, 2016

                                                BETH LABSON FREEMAN
                                                United States District Judge