Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff
Sokha Khek

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sokha Khek,<br><br>        Plaintiff<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security<br><br>        Defendant. | Case No. 3:15-cv-03902-MEJ<br><br>**Stipulation of time for Plaintiff to file Brief in Support of Motion for Summary Judgment; [Proposed Order]** |

    Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

    1.   Plaintiff's counsel has been steadily working on the brief and just needs a brief extension to finish it.

    2.   Plaintiff's counsel has emailed Jeffrey Chen, Esq., defendant's counsel.  Mr. Chen has indicated that he is agreeable to a 14 day extension of time for counsel to prepare her brief.

    3.   Should the request be granted, Plaintiff's brief will be due on July 11, 2016, Defendant's reply brief on August 10, 2016, and Plaintiff's optional response brief on August 24, 2016.

Respectfully submitted,

Dated: June 27, 2016                     /s/ Geri N. Kahn
                                         GERI N. KAHN
                                         Attorney for Plaintiff


Dated: June 27, 2016                     /s/ Jeffrey Chen
                                         JEFFREY CHEN
                                         Special Assistant United States Attorney
                                         (*By email authorization on June 27, 2016)


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated: June 28, 2016

                                         _____
                                         Maria-Elena James
                                         United States Magistrate Judge