Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff
Sokha Khek

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sokha Khek,<br><br>    Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:15-cv-03902 - MEJ<br><br>~~PROPOSED~~ ORDER AWARDING FEES AND COSTS PURUSANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (EAJA) |

    Based upon the Stipulation of the parties, and the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney fees of $5,000.00 and costs of $400.00 shall be awarded to Plaintiff. See *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to Geri N. Kahn, Esq, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees and costs shall be mailed to Plaintiff's attorney at the following address: Law Office of Geri N. Kahn, 465 California Street, Suite 609, San Francisco, CA 94104.

DATED: 5/19/2017

_____
Hon. Maria-Elena James
United States Magistrate Judge